**Memorandum Order issued December 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00767-CV

———————————

**CINCO ENERGY MANAGEMENT GROUP, LLC, Appellant**

**V.**

**LAUREN SCHALL N/K/A LAUREN KING, HAOHAN "JAMES" NIU, AND JENETTE SEARS F/K/A JENETTE WALKER, Appellees**


**\* \* \* \***


**MCCARN & WEIR, PC, Appellant**

**V.**

**CINCO ENERGY MANAGEMENT GROUP, LLC, Appellee**

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2019-64058

## MEMORANDUM ORDER

Appellant, McCarn & Weir, PC, has filed an unopposed motion to dismiss its appeal against appellee, Cinco Energy Management Group, LLC.

Accordingly, we grant the motion and dismiss the portion of the appeal between McCarn & Weir, PC and Cinco Energy Management Group, LLC. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). The appeal between appellant, Cinco Energy Management Group, LLC, and appellees, Lauren Schall N/K/A Lauren King, Haohan "James" Niu, and Jenette Sears F/K/A Jenette Walker remains pending. *See id.* 42.1(b).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Landau and Hightower.